# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| MARCEL SARMIENTO, | * |
| | * |
| Petitioner, | *    CIVIL ACTION NO.: 5:20-cv-22 |
| | * |
| v. | * |
| | * |
| WARDEN TRACY JOHNS, | * |
| | * |
| Respondent. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Petitioner Marcel Sarmiento ("Sarmiento") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Sarmiento's 28 U.S.C. § 2241 Petition for failure to follow a Court Order, and **DENIES as moot** Respondent's Motion to Dismiss. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal

AO 72A
(Rev. 8/82)

and **DENIES** Sarmiento *in forma pauperis* status on appeal.

SO ORDERED, this ___2nd___ day of ___June___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA